**Cecilio Tamayo CONTRERAS; Eva Yolanda Tamayo, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 13–1101.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2013.

Filed: Nov. 8, 2013.

Michael Hocine Said, Des Moines, IA, for Petitioner.

Karen Yolanda Drummond, U.S. Department of Justice, Washington, DC, Richard M. Evans, Assistant Director, Margaret Anne O'Donnell, U.S. Department of Justice, Washington, DC, for Respondent.

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

El Salvadoran citizens Cecilio Tamayo Contreras and Eva Yolanda Tamayo petition for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's (IJ's) denial of special rule cancellation of removal under the Nicaraguan and Central American Relief Act. After careful consideration, we conclude that petitioners' arguments regarding Contreras's eligibility for special rule cancellation of removal are unreviewable. *See Molina Jerez v. Holder,* 625 F.3d 1058, 1068–69 (8th Cir.2010). We further conclude that factual errors mistakenly included in the IJ's written decision—which the BIA corrected—do not warrant a remand. *See United States v. Timley,* 507 F.3d 1125, 1131 (8th Cir.2007) (declining to remand case where it would be futile and waste of judicial resources).

Accordingly, we deny the petition. *See* 8th Cir. R. 47B.